

**FILED**
Sep 24 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY           s/ orikaf         DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERCA, <br><br> Plaintiff, <br><br> v. <br><br> CYNTHIA HERNANDEZ, <br><br> Defendant. | Case No.  '15 CR2480 JAH <br><br> I N F O R M A T I O N <br><br> Title 18, U.S.C., Section 1544 - Misuse of Passport (Felony) |

The United States Attorney charges:

On or about August 31, 2015, within the Southern District of California, defendant, CYNTHIA HERNANDEZ, willfully and knowingly used and attempted to use, a United States Passport, which had been issued and designed for the use of another person, in that, defendant presented said Passport to a Department of Homeland Security, Customs and Border Protection Officer, at the Calexico, California, West Port of Entry, with the intent to gain entry to the United States, in violation of Title 18, United States Code, Section 1544, a felony.

DATED:  9/24/15

LAURA E. DUFFY
United States Attorney

_for_ FRANCIS A. DIGIACCO
Assistant U.S. Attorney

FADI:lg:Imperial
9/8/15